Holly Sutherland, ISB #9521
Avery Law
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile:  (208) 524-2051

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Ronnie and Jaime Poole | ) | Case No. 21-40326-JMM |
| | ) | |
| Debtors. | ) | Chapter 13 |
| _____ | ) | |

STIPULATION FOR ADEQUATE PROTECTION

IT IS HEREBY STIPULATED AND AGREED UPON by Ronnie and Jaime Poole, through their counsel of record, Holly Sutherland of Avery Law, and East Idaho Credit Union, through their counsel of record, Robert Maynes:

1. That East Idaho Credit Union is the first lien holder and holds a security interest in the Debtors' 2016 Dodge Ram 2500 and 2003 Ford F150.

2. Debtors filed for Chapter 13 bankruptcy relief on June 3, 2021 (Dkt No. 1). Debtors' Chapter 13 Plan (Dkt No. 7) did not provide for adequate protection payments prior to the confirmation of their case.

3. While the plan is in the process of being confirmed, the Debtors have agreed to provide adequate protection payments to East Idaho Credit Union to pay their financial obligation and to retain the collateral. East Idaho Credit Union anticipates filing an objection to confirmation of the plan, as currently proposed, in the near future. However, counsel for the

Debtors and East Idaho Credit Union are hopeful that said objection(s) can be resolved prior to the currently scheduled confirmation hearing.

    4. The Trustee shall be authorized to disburse adequate protection payments to East Idaho Credit Union beginning July 2021 based on the proposed plan filed at Dkt. 24.

    5. Any and all adequate protection payments made to East Idaho Credit Union shall be subject to statutorily mandated Chapter 13 Trustee fees.

    6. Notwithstanding anything contained in this stipulation, the Trustee has no obligation to make payment unless and until it has received said funds from the Debtors.

    7. Debtors shall provide to counsel for East Idaho Credit Union a current proof of insurance for the collateral naming East Idaho Credit Union as an additional insured within ten (10) days of this agreement.

    8. All rights and arguments regarding the value of the collateral and all confirmation issues are expressly reserved.

    Dated this 16th day of July, 2021.

        /s/ Holly Sutherland
        Attorney for Debtor

    Dated this 16th day of July, 2021.

        /s/ Robert Maynes
        Robert Maynes,
        Attorney for East Idaho
        Federal Credit Union

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on July 16, 2021, I electronically filed the Stipulation for Adequate Protection Payments using the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam@kam13trusee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

Robert Maynes @ rmaynes@eastidahocu.org

And, I hereby certify that I served a true and correct copy of the above-mentioned on July 16, 2021, upon the following person(s) by mailing with the necessary postage affixed thereto:

Ronnie and Jaime Poole
PO Box 294
Iona, ID 83427

/s/ Crystal Robertson
Chapter 13 Paralegal